In the Matter of the Accounting of MIDWOOD TRUST COMPANY, as Trustee under the Will of THOMAS FEE, Deceased.

MIDWOOD TRUST COMPANY, as Trustee for the Benefit of THOMAS F. HODGMAN, an Infant, Appellant and Respondent; BEATRICE M. JUDGE, as Special Guardian for THOMAS F. HODGMAN, an Infant, Respondent and Appellant.

Argued February 24, 1943; decided April 8, 1943.

*Beatrice M. Judge,* special guardian for Thomas F. Hodgman, an infant, appellant and respondent.

*John S. Russell* for Midwood Trust Company, as Trustee respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS and DESMOND, JJ. Dissenting: FINCH, RIPPEY and CONWAY, JJ.